Return Date: August 8th,  2017

Time: 1:25 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

SUSANNAH R. APPELBAUM,

Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Chapter 13
Case No. 17-35930  CGM

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the annexed application of Jeffrey L. Sapir the Chapter 13 Trustee herein, a motion pursuant to Rule 4004 will be made before the Hon. Cecelia G. Morris, United States Bankruptcy Judge, at the United States Courthouse, located at 355 Main  Street, Poughkeepsie, New York, on the  8th day of  August,  2017, at 1:25 P.M. for an order pursuant to Bankruptcy Code §§1328(f)(1) denying the debtor a discharge in the instant case since the debtor received a prior discharge in a chapter 7 case during the four (4) year period preceding the order for relief in this case; and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, are to be served on the undersigned and filed with the Court no later than three (3) days prior to the return date of this motion, and (a) must comply with the Bankruptcy Court's electronic filing system in accordance with General Order M-242 and Supplemental General Order M-269.

Dated: White Plains, New York
June 30th, 2017

/s/ Jeffrey L. Sapir_____
**Jeffrey L. Sapir, Esq. (JLS 0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

TO:    United States Trustee
74 Chapel Street
Albany, New York 12207

Susannah R. Appelbaum
360 Springtown Road
New Paltz, New York 12561

H. Bruce Bronson, Jr., Esq.
480 Mamaroneck Avenue
Harrison, New York 10528

U. S. Bank Trust NA
c/o Rosicki, Rosicki & Associates, PC
51 East Bethpage Road
Plainview, New York 11803

Bayview Loan Servicing, LLC
c/o Fein Such & Crane, LLP
1400 Old Country Road X C104
Westbury, New York 11590

M & T Bank
P.O. Box 62182
Baltimore, Maryland 21264

Wells Fargo Bank, NA
3415 Vision Drive
Columbus, Ohio  43219

Wells Fargo Bank, NA
Home Equity Group
One Home Campus  X2303-01A
Des Moines, Iowa 50328

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

|  |  |
|---|---|
|  | Chapter 13 |
|  | Case No. 17-35930  CGM |
| **SUSANNAH R. APPELBAUM,** |  |
|  | **APPLICATION** |
| Debtor(s) |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TO THE HON. CECELIA G. MORRIS, BANKRUPTCY JUDGE:**

Jeffrey L. Sapir alleges:

1.      That the is the Standing Chapter 13 Trustee for the Southern District of New York and is fully familiar with the facts and circumstances surrounding this case.

2.      On May 29th, 2017, the debtor filed a voluntary petition under Chapter 13.

3.      The debtor heretofore filed a Chapter 7 case on  November 11, 2016  bearing case number 16-36928 CGM and received a discharge on February 16, 2017.

4.      11 U.S.C.§1328(f)(1) provides that the Court shall not grant a discharge of all debts provided for in the plan or disallowed under §502, if the debtor has received a discharge in a case filed under chapters 7, 11 or 12 of this title during the four year period preceding the date of the order for relief under this chapter.

5.      The debtor fails to qualify for a discharge in the instant case.

**WHEREFORE,** it is respectfully prayed that this Court not grant a discharge to the above-named debtor upon the completion of the plan; and for such other and further relief as this Court deems appropriate.

Dated:  White Plains, New York
          June 30th, 2017                                   /s/ Jeffrey L. Sapir
                                                            **Jeffrey L. Sapir**

UNITED  STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                    Chapter  13
                                                          Case No. 17-35930  CGM
**SUSANNAH R. APPELBAUM,**

                                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


### AFFIDAVIT OF MAILING

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER      )  ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein,  I am over the age of 18 years and reside in

the County of Westchester, State of  New York.

      On June 30th, 2017  I served a true copy of the within document, to the herein

listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed

envelope with postage prepaid thereon, in an official depository of the United States Postal

Service within the State of New York to the following:

**TO:**    United States Trustee
       74 Chapel Street
       Albany, New York 12207

       Susannah R. Appelbaum
       360 Springtown Road
       New Paltz, New York 12561

       H. Bruce Bronson, Jr., Esq.
       480 Mamaroneck Avenue
       Harrison, New York 10528

       U. S. Bank Trust NA
       c/o Rosicki, Rosicki & Associates, PC
       51 East Bethpage Road
       Plainview, New York 11803

Bayview Loan Servicing, LLC
c/o Fein Such & Crane, LLP
1400 Old Country Road X C104
Westbury, New York 11590

M & T Bank
P.O. Box 62182
Baltimore, Maryland 21264

Wells Fargo Bank, NA
3415 Vision Drive
Columbus, Ohio  43219

Wells Fargo Bank, NA
Home Equity Group
One Home Campus  X2303-01A
Des Moines, Iowa 50328

/s/ Lois Rosemarie Esposito
Lois Rosemarie Esposito

Sworn to before me this
30th day of June, 2017

/s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No.02SA8764500
Qualified in Rockland County
Term Expires:  12/31/18