UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SUSANNAH R. APPELBAUM

**DEBTOR.**

**OBJECTION TO CONFIRMATION**
Chapter 13
Case No.: 17-35930-cgm

I, Kevin P. Hoenig, Esq., an attorney duly licensed to practice law in the State of New York and admitted in the Southern District of New York, affirms the following to be true, under penalty of perjury:

1. I am a partner with the firm of Woods Oviatt Gilman LLP, attorneys for the Wells Fargo Bank, N.A. ("Secured Creditor").

2. Secured Creditor is the Holder of a Note and Mortgage secured by real property commonly known as 362 Springtown Rd, New Paltz, NY 12561; which is identified with a loan number bearing the last four digits of 4922.

3. This Affirmation is submitted for the purpose of objecting to confirmation of the Chapter 13 Plan proposed by Susannah R. Appelbaum (the "Debtor").

4. The Debtor's proposed Plan fails to provide for payment of pre-petition arrears. However, the Proof of Claim filed on behalf of Wells Fargo asserts pre-petition arrears in the amount of $2,302.11. A copy of said Proof of Claim is attached hereto as Exhibit 'A'.

5. Accordingly, the Debtor's proposed Plan lists incorrect pre-petition arrears.

{5211498:2 }

6.        By virtue of the foregoing, confirmation of the Debtor's proposed Chapter 13 Plan must be denied pursuant to 11 U.S.C. §1325.

Dated: July 12, 2017

                                 */s/ Aleksandra K. Fugate, Esq.*
Aleksandra K. Fugate, Esq.
Woods Oviatt Gilman LLP
Attorneys for Secured Creditor
700 Crossroads Building
2 State Street
Rochester, NY 14614
716-248-3234

{5211498:2 }

# Exhibit A

**Fill in this information to identify the case:**

Debtor 1        SUSANNAH R. APPELBAUM

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District Of New York

Case number 17-35930

---

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

The law requires that filers **must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Wells Fargo Bank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Wells Fargo Bank, N.A. Home Equity Group
Name

1 Home Campus   X2303-01A
Number        Street

Des Moines          IA          50328-0001
City                State              ZIP Code

Contact phone    1-877-891-0002

Contact email    HEQBANKRUPTCYCH13@wellsfargo.com

Where should payments to the creditor be sent? (if different)

Wells Fargo Operations Center
Name

P.O. Box 31557 B6955-01B
Number        Street

Billings            MT          59107
City                State              ZIP Code

Contact phone    1-877-891-0002

Contact email    HEQBANKRUPTCYCH13@wellsfargo.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

WFCHEQ1735930NYS33004922

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.   Claim number on court claims registry (if known) _____   Filed on ___/___/___
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.   Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4922

**7. How much is the claim?** $175,315.16 . For leases state only the amount of default.

**Does this amount include interest or other charges?**
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Money loaned

**9. Is all or part of the claim secured?**
☐ No
☒ Yes.   The claim is secured by a lien on property.

**Nature of property:**
☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: 362 SPRINGTOWN RD  NEW PALTZ, NY 12561

**Basis for perfection:** Mortgage/Deed of Trust
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $
**Amount of the claim that is secured:** $175,315.16
**Amount of the claim that is unsecured:** $ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $2,302.11

**Annual Interest Rate** (when case was filed) 3.500%
☐ Fixed
☒ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

**11. Does this claim involve a right to setoff?**
☒ No
☐ Yes. Explain:

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☑ No
    ☐ Yes. *Check all that apply:*

    | | Amount entitled to priority |
    |---|---|

    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

    ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

    ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

    * Amounts are subject to adjustment on 4/1/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/14/2017
                   MM / DD / YYYY

                   /s/ Eric Houdek
                   _____
                   Signature

**Print the name of the person who is completing and signing this claim:**

Name        Eric                  Houdek
            First name            Middle name            Last name

Title       Vice President Loan Documentation

Company     Wells Fargo Bank, N.A.
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1 Home Campus  X2303-01A
            Number         Street

            Des Moines                          IA       50328-0001
            City                                State    ZIP Code

Contact phone   1-877-891-0002              Email   HEQBANKRUPTCYCH13@wellsfargo.com

## Part 1: Mortgage and Case Information

| Field | Value |
|---|---|
| Case number: | 17-35930 |
| Debtor 1: | Susannah R. Appelbaum |
| Debtor 2: | |
| Last 4 digits to identify: | 4922 |
| Creditor: | Wells Fargo Bank, N.A. |
| Servicer: | N/A |
| Fixed Accrual/Daily Simple Interest/Other: | Avg Daily Balance |

## Part 2: Total Debt Calculation

| Field | Value |
|---|---|
| Principal balance: | 170004.19 |
| Interest due: | 4015.97 |
| Fees, costs due: | 0.00 |
| Escrow deficiency for funds advanced: | N/A |
| Other: | 1295.00 |
| Less total funds on hand: | N/A |
| Total debt: | 175315.16 |

## Part 3: Arrearage as of Date of Petition

| Field | Value |
|---|---|
| Principal & interest due: | 2302.11 |
| Prepetition fees due: | 0.00 |
| Escrow deficiency for funds advanced: | N/A |
| Projected escrow shortage: | N/A |
| Other: | 0.00 |
| Less funds on hand: | N/A |
| Total Prepetition arrearage: | 2302.11 |

## Part 4: Monthly Mortgage Payment

| Field | Value |
|---|---|
| Principal & interest: | 495.84 |
| Monthly escrow: | N/A |
| Private mortgage insurance: | N/A |
| Optional product: | 0.00 |
| Total monthly payment: | 495.84 |

*Additional changes to monthly payment amount may be required because interest rate adjustments or escrow requirement changes

## Part 5: Loan Payment History from First Date of Default

| A Date | B Contractual payment amount | C Funds received | D Amount incurred | E Description | F Contractual due date | G Prin, Int & Escr past due balance | H Amount to principal | I Amount to interest | J Amount to escrow | K Amount to fees or charges | L Unapplied Funds | M Principal balance | N Accrued interest balance | O Escrow balance | P Fees / Charges balance | Q Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/17 | | | | Beg Bal | | | | | | | | 170004.19 | | | | |
| 01/19/17 | 425.01 | | | Pmt Due | 01/19/17 | 425.01 | | | | | | 170004.19 | | | | |
| 02/19/17 | 460.42 | | | Pmt Due | 01/19/17 | 885.43 | | | | | | 170004.19 | | | | |
| 03/19/17 | 460.42 | | | Pmt Due | 01/19/17 | 1345.85 | | | | | | 170004.19 | | | | |
| 04/19/17 | 460.42 | | | Pmt Due | 01/19/17 | 1806.27 | | | | | | 170004.19 | | | | |
| 05/19/17 | 495.84 | | | Pmt Due | 01/19/17 | 2302.11 | | | | | | 170004.19 | | | | |
| 05/29/17 | | | | BK Filed | 01/19/17 | 2302.11 | | | | | | 170004.19 | | | | |

# Addendum Page

Basis for asserting that the applicable party has the right to foreclose:

Debtor(s) executed a Creditor's home equity line of credit agreement (the "Debt Agreement") and agreed to be bound by its terms. The Debt Agreement is secured by a mortgage or deed of trust. Creditor is the original mortgagee/successor or beneficiary of the mortgage or deed of trust.

## Additional Disclaimers (where applicable)

As permitted under the terms of the underlying indebtedness document, Wells Fargo Bank, N.A. has previously advanced $1,295.00 to pay for insurance coverage on the subject property where appropriate insurance coverage was not otherwise obtained or documentation provided by the account holder. No escrow account was established and the amounts advanced were added to the account balance at the time of the advance.

"The debtor(s) liability for repaying this indebtedness was discharged in a prior Chapter 7 case. This claim is being filed in rem. To the extent the claim includes pre-petition arrears, it is done due to the debtor's inclusion of the arrears in the plan.

## 410

**Part 2:** Question 9-<u>Describe</u> contains the property address.

## 410A

**Part 2:**

<u>Principal Balance</u> is from Part 5, Column M as of the Bankruptcy File Date.

<u>Interest Due</u> is the interest due as of the Bankruptcy File Date.

<u>Fees, costs due</u> is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

<u>Other</u> includes any applicable Lender Placed Insurance or other Optional Products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

<u>Total Debt</u> not to be used for payoff purposes.

**Part 3:**

<u>Principal and Interest</u> is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date.

<u>Pre-Petition Fees Due</u> is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

<u>Other</u> includes any applicable Lender Placed Insurance or Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency.

**Part 4:**

<u>Optional Products</u> includes any applicable Lender Placed Insurance or optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

SUSANNAH R. APPELBAUM

DEBTOR.

CASE NO: 17-35930-cgm

AFFIDAVIT OF
SERVICE BY MAIL

I, Kevin P. Hoenig, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and resides in Rochester, New York. On July 14, 2017 deponent served an Objection to Confirmation upon:

H. Bruce Bronson, Jr.
Bronson Law Offices, P.C.
480 Mamaroneck Avenue
Harrison, NY 10528-0023

Susannah R. Appelbaum
360 Springtown Rd
New Paltz, NY 12561-3031

Jeffrey L. Sapir
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
74 Chapel Street
Albany, NY 12207

By deposit a true copy, in a postpaid properly addressed envelope, in a post office box under the exclusive care and custody of the United States Postal Service at Rochester, New York

Kevin P. Hoenig

Sworn to before me this
14th day of July 2017.

Notary Public

CHRISTINE N. BOBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified In Monroe County
My Commission Expires March 25, 20 21