UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

**In re:**

Susannah R. Appelbaum,

                         Chapter 13
                         Case No. 17-35930-cgm
         Debtor.          Hon. Chief Judge Cecelia G. Morris

## FRCP 55 AFFIDAVIT

As attorney for movant admitted to practice before this Court, I represent that upon information and belief, the debtor is not an infant, incompetent, or in the military.

Dated: November 16, 2017

                                      /s/*Lisa Milas*
                              Lisa Milas, Esq.
                              Schiller, Knapp, Lefkowitz & Hertzel LLP
                              Attorneys for Bayview Loan Servicing, LLC
                              950 New Loudon Road
                              Latham, New York 12110