**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catharine Street, Poughkeepsie, NY 12601

Tel. (877) 385-7793
Fax (888) 908-6906
www.bronsonlawoffices.com

H. Bruce Bronson, Jr., Esq.
(admitted NY)
email: hbbronson@bronsonlaw.net

Of Counsel:
**Victoria R. Lehning, Esq.**

January 28, 2018

Hon. Chief Judge Cecelia G. Morris
US Bankruptcy Court
Southern District of NY
355 Main Street
Poughkeepsie, New York 12601

    Re:    **SUSANNAH R APPELBAUM (Debtor)**
             **Bankruptcy Case No: 17-35930-CGM**

Dear Judge Morris:

    Submitted with this letter is a proposed order dismissing the above referenced Debtor's Chapter 13 Bankruptcy, without prejudice. Please note that this case was not converted under sections 706, 1112, or 1208 of Title 11 of the United States Code. Thank you for your attention to this matter.

                                                            Very truly yours,

                                                            /s/ H. Bruce Bronson, Esq.
                                                            H. Bruce Bronson,

Cc: Jeffrey Sapir, Esq., Chapter 13 Trustee

Acknowledged by:     /s/ SUSANNAH R APPELBAUM
                                  SUSANNAH R APPELBAUM